IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK G. WEINBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 01 C 1139 |
| ) | |
| CITY OF CHICAGO, ) | Magistrate Judge Arlander Keys |
| ) | |
| Defendant. ) | |
| ) | |

### PLAINTIFF'S MOTION FOR JUDGMENT

NOW COMES Plaintiff, MARK G. WEINBERG, by his attorneys, David Nemeroff, Neil S. Ament, and Martin J. Oberman, and moves this Court as follows:

1. On February 16, 2005, this Court entered judgment in favor of plaintiff in the amount of $15,374.50.

2. On May 4, 2005, plaintiff appealed that part of this Court's order denying certain damages to plaintiff and that appeal remains pending in the 7th Circuit Court of Appeals, No. 05-2307.

3. Plaintiff has incurred in excess of $425,000.00 in attorneys fees and out-of-pocket expenses in pursuing his claims against defendant.

4. The parties have now reached an agreement to dispose of all claims now pending.

5. In pursuance of that agreement, and in compromise of his claims for attorneys fees and costs, plaintiff now moves this Court to enter judgment in the amount of $360,000.00, in addition to the judgment previously entered on February 16, 2005 for $15,374.50.

6. Plaintiff further moves this Court to enter judgment in the amount of $2,820.70 as pre-judgment interest on the previously entered judgment for $15,374.50 plus $1,966.79 as post-

judgment interest through January 15, 2008. The City does not object to plaintiff's claim for post-judgment interest but does object to plaintiff's claim for pre-judgment interest. In support of an award of pre-judgment interest, plaintiff submits the attached memorandum.

6. Upon payment of the judgment in the amount of $360,000.00 by defendant, and upon payment of the judgment of February 16, 2005 in the amount of $15,374.50, plus interest as awarded by this Court, all of plaintiff's outstanding claims for attorneys fees and costs will be dismissed with prejudice and plaintiff will dismiss appeal no. 05-2307 with prejudice.

WHEREFORE, plaintiff moves this Court to enter judgment in the amount of $360,000.00 and to enter judgment in the amount of $4,787.49 for interest on the judgment entered on February 16, 2005.

Respectfully submitted,

One of the attorneys for plaintiff

**MARTIN J. OBERMAN**
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
(312) 360-1800

**NEIL S. AMENT**
1955 Shermer Rd., Suite 400
Northbrook, IL 60062
(847) 559-9800

**DAVID NEMEROFF**
55 West Monroe St.
Suite 600
Chicago, Illinois 60603
(312) 629-8800

2